UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RICHARDSON,<br><br>          Plaintiff,<br><br>     v.<br><br>THE CITY OF FRESNO,<br><br>          Defendant. | 1:05-cv-1591-OWW-SMS<br><br>ORDER DIRECTING PLAINTIFF TO PAY THE $250.00 FILING FEE OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS NO LATER THAN THIRTY DAYS AFTER THE DATE OF SERVICE OF THIS ORDER<br><br>ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF A BLANK IN FORMA PAUPERIS APPLICATION FORM FOR A PERSON NOT IN CUSTODY |

     Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

     On December 12, 2005, Plaintiff filed a complaint. However, Plaintiff has neither paid the $250.00 filing fee nor submitted an application to proceed in forma pauperis. Before the case may proceed, Plaintiff will have to pay the filing fee or apply to proceed in forma pauperis.

     Accordingly, IT IS ORDERED that

     1. Plaintiff IS DIRECTED either to pay the $250.00 filing

1

1  fee or to file a completed application to proceed in forma
2  pauperis no later than thirty days after the date of service of
3  this order; and
4      2. The Clerk of Court IS DIRECTED to send to Plaintiff with
5  this order a copy of a blank application to proceed in forma
6  pauperis; and
7      3. Plaintiff is informed that a failure to comply in a
8  timely fashion with the Court's directions will be considered to
9  be a failure to comply with an order of the Court within the
10 meaning of Local Rule 11-110 and may result in dismissal of the
11 action.

IT IS SO ORDERED.

**Dated:   December 21, 2005**             **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE