UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLEN RICHARDSON, | ) | 1:05-cv-1591-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATION TO DISMISS ACTION |
| | ) | FOR PLAINTIFF'S FAILURE TO PAY |
| v. | ) | THE $250.00 FILING FEE OR FILE AN |
| | ) | APPLICATION TO PROCEED IN FORMA |
| THE CITY OF FRESNO, | ) | PAUPERIS (DOCS. 5, 6) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations.

Plaintiff filed the instant action on December 12, 2005. However, Plaintiff neither paid the $250.00 filing fee nor filed an application to proceed in forma pauperis. On December 22, 2005, the Court directed Plaintiff within thirty days of service either to file an application to proceed in forma pauperis or to pay the $250.00 filing fee. The Clerk's proof of service shows that the order and a blank in forma pauperis application were mailed to Plaintiff at the address listed in the docket on December 22, 2005. Thereafter, on January 31, 2006, when Plaintiff had failed to file timely either an application or the

1

1  fee, the Magistrate Judge filed findings and a recommendation
2  that the action be dismissed for Plaintiff's failure to pay the
3  filing fee or file an application to proceed in forma pauperis,
4  comply with an order of the Court, or otherwise prosecute the
5  case. The findings and recommendation were served on all parties
6  and contained notice that any objections to the findings and
7  recommendations were to be filed within thirty (30) days of the
8  date of service of the order. Over thirty days have passed, but
9  no party has filed any objections.

10  In accordance with the provisions of 28 U.S.C. § 636
11  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
12  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
13  review of the case. Having carefully reviewed the entire file,
14  the Court finds that the report and recommendation are supported
15  by the record and proper analysis.

16  Accordingly, IT IS HEREBY ORDERED that:

17  1. The findings and recommendation filed January 31, 2006,
18  are ADOPTED IN FULL; and

19  2. The action IS DISMISSED without prejudice for failure to
20  prosecute; and

21  3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety. IT IS SO
22  ORDERED.

23  Emm0d6**Dated:   March 15, 2006**          **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

2